USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED:  7/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-against-

JERMAL LINCOLN,

                Defendant.

**ORDER**

21 Cr. 442 (ER)

Ramos, D.J.:

    The Federal Defender assigned to this case, Ian Marcus Amelkin, is hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to **John P. Buza,** nunc pro tunc July 22, 2021.

    It is SO ORDERED.

Dated:  New York, New York
          July 23, 2021

                                                  Edgardo Ramos, U.S.D.J.