USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: __9/21/2021__

Konta, Georges, and Buza, P.C.
233 Broadway, Suite 900
New York, New York 10279
212-710-5166 (tel.)
212-710-5162 (fax)
johnpbuza@aol.com

September 17, 2021

**VIA ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Jermal Lincoln*, **21 CR 442 (ER)**

Dear Judge Ramos:

I represent Mr. Lincoln in the above-captioned proceeding. The case is scheduled to be heard on September 22, 2021 at 2:00 P.M. for a status update. I write to respectfully request that the matter be adjourned for thirty days. I make this request because I recently received new discovery on the matter that I am still reviewing. I also would like more time to discuss the matter with Mr. Lincoln in anticipation of the next proceeding. This is my first request to adjourn this conference. The Government does not object.

There is no question that should the Court grant the continuance, the ends of justice would by served and that the taking of the action would outweigh the interests of the public and Mr. Lincoln in a speedy trial.

Respectfully Submitted,

/s/
_____
John P. Buza

cc.:   AUSA Ashley Nicolas (via ECF)

---

The September 22 pretrial conference is adjourned to September 27, 2021 at 10:30 a.m. by telephone. The parties are instructed to call (877) 411-9748 and enter access code 3029857# when prompted. Speedy trial time excluded from September 22, 2021 until October 27, 2021, in the interest of justice.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated:   __9/21/2021__
New York, New York