1109 Forest Avenue Unit 3s
Bronx, NY 10456
September 21, 2023

U.S. District Court
Thurgood Marshall
Clerk's Office
40 Foley Square
New York, NY 10007



Re: Jermal Lincoln 51099-509

Dear Sir/Madam:

I Michele Lincoln am the mother of Jermal Lincoln. He wanted me to send a copy of his letter to the Clerk's Office. He wants to put in a motion but unable to get advice or help on how to submit a motion.

I have attached a copy of his handwritten letter and a typed letter stating the same facts. Can you forward the letter to the correct office or court? He sought advice from his attorney at the end of July 2023 but no response. He understands he has no attorney since his case is over. Can the court advise him if he can do this on his own and what is the correct procedure? Thank you.

Regards,

Ms. Lincoln

United States District Court of New York the Southern District

Jermal Lincoln

V.

United States of America

Case number: 1:21-cr-442 (1

"Motion) 3582 C)(a) for sentence reduction based on the Changes in the Sentencing guidelines under Criminal History Enhancement".. I'm also requesting counsel to represent me..

Now comes x Jermal Lincoln am unable to afford counsel for the purpose of making a motion to review my sentence under the recent ruling that the United States Sentencing Commission Changes.. Due to the facts that the Courts enhanced my points, and sentencing from my Criminal History and gave me a 2 point enhancement because I was on probation when I caught this case. Witch puts me in a Higher Category for longer Imprisonment. Now I would have had a lesser Sentence due to the facts of the law

Changing.. Under the Sentencing guidelines.. I hereby request that Counsel be appointed to represent me to determine weather I maybe eligible for release from incarceration under this new law that the United States Sentencing Commission Changed in the Sentencing guidelines under §4A1.1..

If you could please review my "Pre-Sentence Investigation report" and you will see that the government relied upon my prior offenses to impose my Sentence.. I received Criminal History Enhancements. I am asking that the Courts please appoint me an Attorney to represent me in this matter Please...

no prison infractions the whole time and Currently in the Residential Challenge Program...

Thanks you

Jermal Lincoln
51099-509

U.S.P. Canaan
P.O. box 300
Waymart, Pa 18472

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK
September 21, 2023

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JERMAL LINCOLN | Case No: 21-CR-442 (ER)<br><br>MOTION FOR SENTENCE<br>REDUCTION UNDER<br>18 U.S.C. 3582(c)(1)(A)<br>(Changes in Sentencing Guideline under Criminal History Enhancement) |

"Motion 3582 (C)(a) for sentence reduction based on the changes in the sentencing guidelines under Criminal History Enhancement.. I'm also requesting counsel to represent me.

Now comes X Jermal Lincoln, I am unable to afford counsel for the purpose of making a motion to
review my sentence under the recent ruling of the United States Sentencing Commission Changes.. Due to the facts, the courts enhanced my points, and sentencing from my Criminal History and gave me a 2point Enhancement because I was on Probation when I caught my case. This put me in a higher category for longer imprisonment.  Now I would have a lesser sentence due to the facts of the law changing....under the Sentencing Guidelines....I hereby request or can counsel be appointed to represent me to determine whether I may be eligible for release from incarceration,
under this new law that the United States Sentencing Commission Changed in the Sentencing Guidelines Under {4A1.1}.

If you could please review my "Pre-Sentence Investigation Report and you will see that the government relied upon my prior offenses to impose my sentence. I received Criminal History Enhancements. I am asking that the courts please appoint me an Attorney to represent me In this matter. Please...

Thank you,

| | |
|---|---|
| No prison infractions the whole time and Currently in the Residential Challenge Program | Jermal Lincoln<br>51099-509<br>U.S.P. Canaan<br>P.O. Box 300<br>Waymart, PA 18472 |

