UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>JERMAL LINCOLN,<br><br>                            Defendant. | **ORDER**<br><br>21 Cr. 442 (ER) |

Ramos, D.J.:

      The C.J.A. attorney previously assigned to this case, John Phillip Buza, is hereby reappointed to assume representation of the defendant Jermal Lincoln in connection with his Motion for Sentence Reduction, doc. 36.

      The Clerk of the Court is respectfully directed to terminate the motion for appointment of counsel, doc. 37.

      It is SO ORDERED.

Dated:  New York, New York
           January 18, 2024

                                                                               Edgardo Ramos, U.S.D.J.