UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– against –

JERMAL LINCOLN,

                Defendants.

**ORDER**

21-cr-442 (ER)

RAMOS, D.J.:

    The government is directed to respond to Lincoln's motion for a sentence reduction (Doc. 36) by April 2, 2024.

It is SO ORDERED.

Dated:    March 12, 2024
             New York, New York

                                            EDGARDO RAMOS, U.S.D.J.